# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9208 | **DATE** | 3/3/2004 |
| **CASE TITLE** | Thomas J. Moriarty vs. SCI Illinois Services, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due ___.
(3) ☐ Answer brief to motion due___. Reply to answer brief due___.
(4) ☐ Ruling/Hearing on ___ set for ___ at ___.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ___ set for ___ at ___.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ___ set for ___ at ___.
(7) ☐ Trial[set for/re-set for] on ___ at ___.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ___ at ___.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Affirmative Defenses 1, 2, 3, 4 and 6 are stricken without prejudice.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | 3/4/04 date docketed | Document Number |
| | Notified counsel by telephone. | | 4 |
| | Docketing to mail notices. | G-J docketing deputy initials | |
| | Mail AO 450 form. | 3/3/2004 | |
| | Copy to judge/magistrate judge. | date mailed notice | |
| SN | courtroom deputy's initials | SN | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS J. MORIARTY, Trustee, etc., )
)
Plaintiff, )
)
v. ) No. 03 C 9208
)
SCI ILLINOIS SERVICES, INC., etc., ) MAR 0 4 2004
)
Defendant. )

MEMORANDUM ORDER

SCI Illinois Services, Inc. d/b/a Columbian Chapels, Inc. ("Columbian") has filed its Answer and a half dozen purported affirmative defenses ("ADs") to the Complaint filed against it in this ERISA action. This memorandum order is issued sua sponte to strike all of the ADs except one.

Each of the ADs except for AD 5 begins "To the extent..."--a sure tipoff that Columbian is dealing in solely speculative terms and has not satisfied even the relaxed notice pleading regime that prevails in the federal courts. Certainly none of those assertions tells either this Court or counsel for the plaintiff employee trust funds that Columbian has a real (as distinct from hypothetical) defense or, if so, what it is.

If and when the further developments in this action were to demonstrate that any of the possible problems adverted to in the present hypothetical ADs exists in fact, it will be time enough for Columbian to amend its present responsive pleading

accordingly. In the meantime ADs 1, 2, 3, 4 and 6 are stricken without prejudice.

／s／ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: March 3, 2004